MARY O. CONWAY, PETITIONER, v. MISTER SOFTEE, INC., A PENNSYLVANIA CORPORATION, RESPONDENT-PETITIONER, v. MISTER SOFTEE, INC., AN ILLINOIS CORPORATION, CO-RESPONDENT-RESPONDENT.

See same case below: 93 *N. J. Super.* 286.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mr. George J. Kenny* for the respondent-petitioner.

*Messrs. Cahill & Willinski* and *Mr. Edward Suski, Jr.* for the co-respondent-respondent.

February 28, 1967. Granted.

JAMES N. ROSENAU, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CITY OF NEW BRUNSWICK, NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 93 *N. J. Super.* 49.

*Mr. Edward K. Zuckerman* for the petitioners.

*Messrs. Champi, Graham & Franchino* for the respondents.

February 28, 1967. Granted.

ETHEL OLERAND, *GENERAL ADM'X., ETC., ET AL.*, PLAINTIFF-RESPONDENT, v. JOHN DU BOIS, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Budd, Larner, Kent & Gross* for the petitioners.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the respondent.

February 28, 1967. Denied.